IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MURILLO aka, JUAN MANUEL MURILLO; MARIA MURILLO aka MARIA JUDITH MURILLO; MARTHA JIMENEZ; AMALIA RIOS aka AMALIA GALVAN RIOS; AND MARIA MUNOZ,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FRANCISCO CERVANTES; TERESA DIAZL BOBBY RAY LEE; FIRST FEDERAL MORTGAGE BANKERS, INC. dba CITYWIDE PROPERTIES dba CITYWIDE HOME LOANS dba RAM CAPITAL CORP.; HAROLD BLANCO; EAGLE LITERACY GROUP, INC.; NEW CENTURY MORTGAGE CORP.; WELLS FARGO BANK. NA.; JP MORGAN CHASE BANK, N.A. dba CHASE HOME FINANCE, LLC., OCWEN LOAN SERVICING, LLC and DOES 1-100,<br><br>　　　　Defendants.<br>　───────────────────────────────/ | Case No. 07-2199 MEJ<br><br>ORDER ADOPTING PROPOSED REVISED CASE MANAGEMENT SCHEDULE |

　　　On June 28, 2007, Plaintiffs filed their Ex Parte Application seeking Relief From Case Management Schedule and Extending time For Service of Summons and Complaint; Proposed Order. Good cause showing, the Court hereby adopts Plaintiff's Proposed Revised Case Management

1  Schedule. (PLS'. Ex Parte Application Ex. A).

2  **IT IS SO ORDERED.**

4  Dated: July 10, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge