LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
CHASE HOME FINANCE LLC

HEIDI LI (State Bar No. 202068)
MATHEW WEBB, SBN 148228
The Law Offices of Matthew J. Webb
409 - 13th Street, 17th Floor
Oakland, CA 94612
Telephone: (510) 444-4224
Facsimile:  (510) 444-4223

Attorneys for Plaintiffs
Juan Murillo, Maria Murillo, Martha Jimenez,
Amalia Rios and Maria Muñoz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MURILLO aka JUAN MANUEL MURILLO; MARIA MURILLO aka MARIA JUDITH MURILLO; MARTHA JIMENEZ; AMALIA RIOS aka AMALIA GALVIN RIOS and MARIA MUÑOZ<br><br>Plaintiffs,<br><br>vs.<br><br>FRANCISCO CERVANTES; TERESA DIAZ; BOBBY RAY LEE; FIRST FEDERAL MORTGAGE BANKERS, INC. dba CITYWIDE PROPERTIES dba CITYWIDE HOME LOANS dba RAM CAPITAL CORP; HAROLD BLANCO; EAGLE LITERACY GROUP, INC.; NEW CENTURY MORTGAGE CORP.; WELLS FARGO BANK, N.A.; JPMORGAN CHASE BANK, N.A. dba CHASE HOME FINANCE LLC, OCWEN LOAN SERVICING, LLC and DOES 1-100,<br><br>Defendants. | Case No.  C07-02199 MEJ<br><br><br>**STIPULATION REGARDING AMENDMENT TO COMPLAINT AND TO EXTEND TIME TO FILE RESPONSIVE PLEADING BY DEFENDANT CHASE HOME FINANCE, LLC; [PROPOSED] ORDER** |

STIPULATION REGARDING AMENDMENT TO COMPLAINT AND TO EXTEND TIME TO
FILE RESPONSIVE PLEADING BY DEFENDANT CHASE HOME FINANCE LLC;
[PROPOSED] ORDER
Case No. C07-02199 MEJ

1

WHEREAS, on April 20, 2007, plaintiffs Juan Murillo, Maria Murillo, Martha Jiminez, Amalia Rios and Maria Muñoz ("plaintiffs") filed a Complaint for damages naming, among other defendants, "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC ("action");"

WHEREAS, plaintiffs served JPMorgan Chase Bank, N.A. with Summons and Complaint in this action on August 1, 2007;

WHEREAS, a responsive pleading for JPMorgan Chase Bank, N.A. is due on August 21, 2007;

WHEREAS, "Chase Home Finance LLC" ("Chase") is the correct name for the defendant in this action instead of "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC;"

WHEREAS, plaintiffs and Chase (collectively referred to as the "parties") agree that plaintiffs may amend their First Amended Complaint to name "Chase Home Finance LLC" as a defendant in this action instead, and in place, of "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" and dismiss without prejudice "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" from the action;

WHEREAS, plaintiffs attach hereto as EXHIBIT A, for the court's review, their proposed Second Amended Complaint for filing with this court solely to amend their First Amended Complaint to name "Chase Home Finance LLC" as a defendant in this action instead, and in place, of "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC."

WHEREAS, Chase does not oppose plaintiffs filing a Second Amended Complaint (attached as EXHIBIT A) naming "Chase Home Finance LLC" as a defendant in this action instead, and in place, of "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" contemporaneously with this Stipulation and pursuant to a court Order approving such filing;

WHEREAS, the parties agree that plaintiffs shall serve the Summons and Second Amended Complaint filed contemporaneously with this Stipulation and pursuant to subsequent court Order, on Chase and all other named defendant parties in this proceeding, and that Chase shall accept service through its undersigned counsel;

WHEREAS, the parties agree that Chase has until and including September 20, 2007, to

2

STIPULATION REGARDING AMENDMENT TO COMPLAINT AND TO EXTEND TIME TO
FILE RESPONSIVE PLEADING BY DEFENDANT CHASE HOME FINANCE LLC;
[PROPOSED] ORDER
Case No. C07-02199 MEJ

1  file a responsive pleading to plaintiffs' Second Amended Complaint (including, but not limited

2  to, a motion to dismiss pursuant to FRCP Rule 12) as filed contemporaneously with this

3  Stipulation and pursuant to this court's approval and subsequent issuance of an Order;

4  IT IS HEREBY STIPULATED by and between the parties as follows:

5      1.    Plaintiffs shall, pursuant to a Court Order, file a Second Amended Complaint to

6  name "CHASE HOME FINANCE LLC" as a defendant in this action instead, and in place, of

7  "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC,"  thus, dismissing without

8  prejudice "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" from the action;

9      2.    Chase Home Finance LLC does not oppose plaintiffs filing a Second Amended

10 Complaint naming "Chase Home Finance LLC" as a defendant in this action instead, and in

11 place, of "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" contemporaneously with

12 this Stipulation;

13     3.    Plaintiffs shall serve the Summons and Second Amended Complaint filed

14 contemporaneously with this Stipulation on Chase and all other named defendant parties in this

15 proceeding, and Chase shall accept service of these pleadings and all related initial court papers

16 through its undersigned counsel; and

17     4.    Chase shall have until and including September 20, 2007, to file a responsive

18 pleading to plaintiffs' Second Amended Complaint (including, but not limited to, a motion to

19 dismiss pursuant to FRCP Rule 12) which is contemporaneously attached as EXHIBIT A with

20 this Stipulation and shall be filed subject to this court's Order;

21     Respectfully Submitted,

22 Dated:   August 22, 2007    THE LAW OFFICES OF MATTHEW J. WEBB

23     **By:_____/ S /_____**
24     HEIDI LI
       Attorneys for Plaintiffs

25 Dated:   August 22, 2007    LAFAYETTE & KUMAGAI LLP

26     **By:_____/ S /_____**
27     SUSAN T. KUMAGAI
       Attorneys for Defendant
28     CHASE HOME FINANCE LLC

STIPULATION REGARDING AMENDMENT TO COMPLAINT AND TO EXTEND TIME TO
FILE RESPONSIVE PLEADING BY DEFENDANT CHASE HOME FINANCE LLC;
[PROPOSED] ORDER
Case No. C07-02199 MEJ

3

*LAFAYETTE & KUMAGAI LLP*
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

## SIGNATURE ATTESTATION

As the attorney efiling this document with the court, I hereby attest that I have on file all holograph signatures for any and all signatures indicated by a "conformed" signature (/S/) within this efiled document.

**DATED:** August 22, 2007　　　　　　　**LAW OFFICES OF MATTHEW J. WEBB**

　　　　　　　　　　　　　　　　　　　**By:_____/ S /_____**
　　　　　　　　　　　　　　　　　　　**Heidi Li, Esq.**
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　Juan Murillo, Maria Murillo, Martha Jimenez,
　　　　　　　　　　　　　　　　　　　Amalia Rios and Maria Muñoz

STIPULATION REGARDING AMENDMENT TO COMPLAINT AND TO EXTEND TIME TO FILE RESPONSIVE PLEADING BY DEFENDANT CHASE HOME FINANCE LLC; [PROPOSED] ORDER
Case No. C07-02199 MEJ

4

**[PROPOSED] <u>ORDER</u>**

The Court having reviewed the above Stipulation regarding Amendment to Complaint and to Extend Time to File Responsive Pleading by Defendant Chase Home Finance LLC submitted by plaintiffs and defendant Chase, and based upon the foregoing Stipulation, the court's contemporaneous review of plaintiff's proposed Second Amended Complaint attached to the Stipulation as EXHIBIT A, and GOOD CAUSE APPEARING,

1. Plaintiffs shall file contemporaneously and pursuant to the parties' Stipulation above and subject to the court's entry of this Order, a Second Amended Complaint to name "CHASE HOME FINANCE LL" as a defendant in this action instead, and in place, of "JPMorgan Chase Bank, N.A. dba Chase Home Finance LL," thus, dismissing without prejudice "JPMorgan Chase Bank N.A. dba Chase Nome Finance LL" from the action;

2. Plaintiffs shall serve the Summons and Second Amended Complaint filed contemporaneously with this Stipulation on Chase and also all other named defendant parties in this proceeding, and Chase shall accept service of these pleadings and all related initial court papers through its designated counsel; and

3. Chase shall have until and including September 20, 2007, to file a responsive pleading to plaintiffs' Second Amended Complaint (including, but not limited to, a motion to dismiss pursuant to FRCP Rule 12) which is contemporaneously attached as EXHIBIT A with this Stipulation and shall be filed subject to this court's Order;

IT IS SO ORDERED this __27th__ day of __August__, 2007.

_____
**Honorable Maria-Elena James:**
United States
Magistrate Judge

*[Stamp: IT IS SO ORDERED / Judge Maria-Elena James / United States District Court, Northern District of California]*

---

STIPULATION REGARDING AMENDMENT TO COMPLAINT AND TO EXTEND TIME TO FILE RESPONSIVE PLEADING BY DEFENDANT CHASE HOME FINANCE LLC; [PROPOSED] ORDER
Case No. C07-02199 MEJ

5

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605