1   Heidi Li, Esq., SBN 202068
    Matthew J. Webb, SBN 148228
2   The Law Offices of Matthew J. Webb
    409 – 13th Street, Tribune Tower, 17th Floor
3   Oakland, CA 94612
    Telephone: (510) 444-4224
4   Facsimile: (510) 444-4223

5
    Attorney for Plaintiffs
6   Juan Murillo, Maria Murillo, Martha Jimenez,
    Amalia Rios and Maria Muñoz
7

8   Susan T. Kumagai (State Bar No. 127667)
    LAFAYETTE & KUMAGAI LLP
9   100 Spear Street, Suite 600
    San Francisco, California 94105
10  Telephone:   (415) 357-4600
    Facsimile:   (415) 357-4605
11
    Attorneys for Defendant
12  CHASE HOME FINANCE LLC

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15  JUAN MURILLO aka JUAN MANUEL          )   Case No:   C07-02199 MEJ
    MURILLO; MARIA MURILLO aka MARIA      )
16  JUDITH MURILLO; MARTHA JIMENEZ;       )
    AMALIA RIOS aka AMALIA GALVAN RIOS;   )   ALL PLAINTIFFS AND DEFENDANT
17  and MARIA MUÑOZ,                      )   CHASE HOME FINANCE'S JOINT
                                          )   STIPULATION SEEKING RELIEF FROM
18                     Plaintiffs,        )   CASE MANAGEMENT SCHEDULE;
                                          )   [PROPOSED] ORDER
19                                        )
                                          )
20            vs.                         )
                                          )
21  FRANCISCO CERVANTES;  TERESA DIAZ;    )
    BOBBY RAY LEE; FIRST FEDERAL          )
22  MORTGAGE BANKERS, INC. dba CITYWIDE   )
    PROPERTIES dba CITYWIDE HOME LOANS    )
23  dba RAM CAPITAL CORP.; HAROLD         )
    BLANCO; EAGLE LITERACY GROUP, INC.;   )
24  NEW CENTURY MORTGAGE CORP.; WELLS     )
    FARGO BANK, NA.;  CHASE HOME          )
25  FINANCE, LLC, OCWEN LOAN SERVICING,   )
    LLC and DOES 1-100,                   )
26                                        )
                                          )
27                     Defendants.        )
                                          )
28                                        )

1    WHEREAS, on April 20, 2007, plaintiffs Juan Murillo, Maria Murillo, Martha Jiminez, Amalia

2    Rios and Maria Muñoz ("plaintiffs") through their former attorney of record Housing and Economic

3    Rights Advocates (HERA) filed a Complaint for damages naming, among other defendants,

4    "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" ("Chase") and all other defendants

5    named therein;"

6    WHEREAS, on June 27, 2007, plaintiffs filed a First Amended Complaint for damages

7    naming, among other defendants, "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC"

8    ("Chase") and all other defendants named therein;"

9    WHEREAS, on June 28, 2007, plaintiffs filed an Ex Parte Application Seeking Relief from

10   Case Management Schedule and Extending Time for Service of Summons and Complaint; [Proposed]

11   Order. In doing so, plaintiffs sought relief from this Court's initial April 20, 2007, Order Setting Initial

12   Case Management Conference pursuant to Civil Local Rule 16-2(d) in order to allow plaintiffs and

13   defendants in this proceeding full and fair opportunity to jointly comply with meet and confer, ADR,

14   initial disclosure and joint Case Management Statement filing requirements as the First Amended

15   Complaint had just been filed and no defendants named in the initial Complaint had been served yet.

16   See F.R.C.P. 26(a)(1), and (f); Civil L.R. 16-8, 16-9(a) and 16-10; and ADR L.R. 3-5;

17   WHEREAS, on July 10, 2007, this Court issued its Order Adopting [plaintiffs'] Proposed

18   Revised Case Management Schedule which provided for the following revised Case Management

19   Schedule:

| Date | Description | Rule |
|---|---|---|
| 9/11/07 | Last day to meet & confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f); ADR L.R.3-5 |
| 9/11/07 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 9/26/07 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file / serve Case Management Statement, and file / serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R. 16-9 |
| 10/04/07 | Initial Case Management Conference (CMC) in Ctrm. B, 15th Floor, SF 10:00 AM | Civil L.R. 16-10 |

Murillo, et al. v. Cervantes, et al. – (Case no. C07-02199 MEJ) - STIPULATION SEEKING RELIEF FROM CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER

- 2 -

1

2        WHEREAS, plaintiffs through their former attorney of record Housing and Economic Rights

3   Advocates (HERA) served JPMorgan Chase Bank, N.A. with Summons and First Amended Complaint

4   in this action on August 1, 2007;

5        WHEREAS, plaintiffs through their former attorney of record Housing and Economic Rights

6   Advocates (HERA) served New Century Mortgage Corp. with Summons and First Amended

7   Complaint in this action on August 1, 2007;

8        WHEREAS, plaintiffs both notified and instructed in writing as of August 2, 2007, Housing

9   and Economic Rights Advocates of their intention to substitute in shortly a new a counsel of record in

10  place of and instead of it in this action;

11       WHEREAS, New Century issued a letter dated August 14, 2007 to Housing and Economic

12  Rights Advocates confirming its receipt of plaintiffs' First Amended Complaint and informed plaintiffs

13  therein of its request that "all proceedings in connection with this matter [against it] be stayed" in light

14  of the Chapter 11 bankruptcy petitions filed by it on April 2, 2007.  See attached EXHIBIT B – August

15  14, 2007 New Century letter to Housing and Economic Rights Advocates.

16       WHEREAS, plaintiffs filed a Substitution of Attorneys with this Court on August 22, 2007

17  substituting attorneys Matthew J. Webb, Esq. and Heidi M. Li, Esq., of the Law Offices of Matthew

18  Webb, as their attorney of record effective as of August 6, 2007, in place of and instead of Housing

19  and Economic Rights Advocates, in this action;

20       WHEREAS the Substitution of Attorneys filed by plaintiffs on August 22, 2007 was submitted

21  only after Housing and Economic Rights Advocates' signature consenting to this substitution of

22  counsel was obtained on August 21, 2007;

23       WHEREAS, plaintiffs and Chase Home Finance ("Chase"), at the request of legal counsel

24  retained by Chase, filed on August 23, 2007, a Stipulation Regarding Amendment to Complaint and to

25  Extend Time to File Responsive Pleading  by Defendant Chase Home Finance LLC; [Proposed] Order;

26       WHEREAS, the basis for plaintiffs and Chase seeking to amend the complaint was to amend

    plaintiffs' First Amended Complaint to name "Chase Home Finance LLC" as a defendant in this action

27  instead, and in place, of "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" as "Chase

28

Murillo, et al. v. Cervantes, et al. – (Case no. C07-02199 MEJ) - STIPULATION SEEKING RELIEF FROM CASE MANAGEMENT
SCHEDULE; [PROPOSED] ORDER

1   Home Finance LLC" ("Chase") is the correct name for this defendant in this action instead of

2   "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC;"

3       WHEREAS, the basis for plaintiffs and Chase stipulating to Chase having until and

4   including September 20, 2007, to file a responsive pleading to plaintiffs' Second Amended Complaint
    (including, but not limited to, a motion to dismiss pursuant to FRCP Rule 12) was and is that these

5   parties continue to be engaged in meaningful, early settlement negotiations regarding the plaintiffs'

6   claims against this defendant;

7       WHEREAS, on August 27, 2007, this Court issued an Order Approving the above-stated

8   requests contained in the August 23, 2007, Stipulation Regarding Amendment to Complaint and to

9   Extend Time to File Responsive Pleading by Defendant Chase Home Finance LLC;

        WHEREAS, on August 28, 2007, plaintiffs filed a Second Amended Complaint for damages
10  naming, among other defendants, "Chase Home Finance LLC" ("Chase") and all other defendants

11  named therein;"

12      WHEREAS, on August 28, 2007, plaintiffs served by first class mail the Summons and Second

13  Amended Complaint and other initial court papers issued in this proceeding on Chase through its

14  designated counsel, attorney Susan T. Kumagai of LAFAYETTE & KUMAGAI LLP;

15      WHEREAS, on August 31, 2007, plaintiffs, through process servers, effectuated personal

16  service of Summons and Second Amended Complaint and other initial court papers issued in this
    proceeding on the following defendants: Bobby Ray Lee, First Federal Mortgage Bankers, Inc. dba

17  Citywide Properties; Teresa Diaz, Wells Fargo Bank, N.A., and Ocwen Loan Servicing, LLC.

18      WHEREAS, since August 28, 2007, plaintiffs have engaged in diligent efforts to try to

19  effectuate personal service of  Summons and Second Amended Complaint and other initial court

20  papers issued in this proceeding on the remaining named defendants in this matter: Francisco

21  Cervantes, Harold Blanco and Eagle Literacy Group, Inc.;

22      WHEREAS, as of the date of the filing of this Stipulation, no other defendants named in
    plaintiffs' Second Amended Complaint have yet filed an initial responsive pleading nor, otherwise,

23  appeared in this action except for Chase (by stipulation only);

24      WHEREAS, such relief from the current July 10, 2007, Order Adopting Proposed Case

25  Management Schedule is necessary in order to allow plaintiffs and all defendants in this proceeding

26  full and fair opportunity to jointly comply with meet and confer, ADR, initial disclosure and joint Case

27  Management Statement filing requirements; and

28

Murillo, et al. v. Cervantes, et al. – (Case no. C07-02199 MEJ)  - STIPULATION SEEKING RELIEF FROM CASE MANAGEMENT
SCHEDULE; [PROPOSED] ORDER
- 4 -

1     WHEREAS, Good cause exists to approve this Stipulation as no defendant party has filed an

2 initial responsive pleading yet nor appeared in the action except for Chase (by stipulation only) and no

3 prejudice will, as a consequence, result to any of the parties.   See F.R.C.P. 6(b); and Civil L.R. Rules

4 6-1(b), 6-2 and 7-12.

Respectfully Submitted,

5 Dated: Sept. 7, 2007              THE LAW OFFICES OF MATTHEW J. WEBB

6

7                                  **By:** __/ S/_____
                                 HEIDI LI
                                 Attorneys for Plaintiffs

8

9 Dated: Sept. 7, 2007              LAFAYETTE & KUMAGAI LLP

10

11                                    **By:** __/ S/_____
                                 SUSAN T. KUMAGAI
                                 Attorneys for Defendant

12                                  CHASE HOME FINANCE LLC

13

14                            **SIGNATURE ATTESTATION**

15     As the attorney efiling this document with the court, I hereby attest that I have on file all

16 holograph signatures for any and all signatures indicated by a "conformed" signature (/S/) within this

17 efiled document.

18

19 **DATED:** Sept. 7, 2007                **LAFAYETTE & KUMAGAI LLP**

20

21                                  **By:**_____/ S /_____
                                 SUSAN T. KUMAGAI

22                                  Attorneys for Defendant
                                 CHASE HOME FINANCE LLC

23

24

25

26

27

28

Murillo, et al. v. Cervantes, et al. – (Case no. C07-02199 MEJ) - STIPULATION SEEKING RELIEF FROM CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER

- 5 -

## ORDER

The Court has reviewed the plaintiffs and defendant Chase's Stipulation Seeking Relief from Case Management Schedule; proposed revised Case Management Schedule; [Proposed] Order and based upon the foregoing, and GOOD CAUSE APPEARING,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the plaintiffs, Chase and all other defendants named in plaintiff's Second Amended Complaint be granted relief from the court's current Order Adopting Proposed Revised Case Management Schedule and the court shall issue a new Order Adopting Proposed Revised Case Management Schedule in this proceeding as identified and attached hereto in EXHIBIT A.

IT IS SO ORDERED this __11th__ day of September, 2007.

_____
**Honorable Maria**
United States Distri
Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James

Murillo, et al. v. Cervantes, et al. – (Case no. C07-02199 MEJ) - STIPULATION SEEKING RELIEF FROM CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER

- 6 -