1  Heidi Li, Esq., SBN 202068
   Matthew J. Webb, SBN 148228
2  The Law Offices of Matthew J. Webb
   409 – 13th Street, Tribune Tower, 17th Floor
3  Oakland, CA 94612
   Telephone: (510) 444-4224
4  Facsimile: (510) 444-4223

5
   Attorney for Plaintiffs
6  Juan Murillo, Maria Murillo, Martha Jimenez,
   Amalia Rios and Maria Muñoz
7

8  Susan T. Kumagai (State Bar No. 127667)
   LAFAYETTE & KUMAGAI LLP
9  100 Spear Street, Suite 600
   San Francisco, California 94105
10 Telephone:   (415) 357-4600
   Facsimile:   (415) 357-4605
11
   Attorneys for Defendant
12 CHASE HOME FINANCE LLC

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15 JUAN MURILLO aka JUAN MANUEL          )  **Case No:   C07-02199 MEJ**
   MURILLO; MARIA MURILLO aka MARIA      )
16 JUDITH MURILLO; MARTHA JIMENEZ;       )
   AMALIA RIOS aka AMALIA GALVAN RIOS;   )  **ALL PLAINTIFFS AND DEFENDANT**
17 and MARIA MUÑOZ,                      )  **CHASE HOME FINANCE'S JOINT**
                                         )  **STIPULATION SEEKING RELIEF FROM**
18              Plaintiffs,              )  **CASE MANAGEMENT SCHEDULE;**
                                         )  **[PROPOSED] ORDER**
19                                       )
                                         )
20     vs.                               )
                                         )
21 FRANCISCO CERVANTES;  TERESA DIAZ;    )
   BOBBY RAY LEE; FIRST FEDERAL          )
22 MORTGAGE BANKERS, INC. dba CITYWIDE   )
   PROPERTIES dba CITYWIDE HOME LOANS    )
23 dba RAM CAPITAL CORP.; HAROLD         )
   BLANCO; EAGLE LITERACY GROUP, INC.;   )
24 NEW CENTURY MORTGAGE CORP.; WELLS     )
   FARGO BANK, NA.;  CHASE HOME          )
25 FINANCE, LLC, OCWEN LOAN SERVICING,   )
   LLC and DOES 1-100,                   )
26                                       )
                                         )
27              Defendants.              )
                                         )
28

1    WHEREAS, on April 20, 2007, plaintiffs Juan Murillo, Maria Murillo, Martha Jiminez, Amalia

2    Rios and Maria Muñoz ("plaintiffs") through their former attorney of record Housing and Economic

3    Rights Advocates (HERA) filed a Complaint for damages naming, among other defendants,

4    "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" ("Chase") and all other defendants

5    named therein;"

6    WHEREAS, on June 27, 2007, plaintiffs filed a First Amended Complaint for damages

7    naming, among other defendants, "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC"

8    ("Chase") and all other defendants named therein;"

9    WHEREAS, on June 28, 2007, plaintiffs filed an Ex Parte Application Seeking Relief from

10   Case Management Schedule and Extending Time for Service of Summons and Complaint; [Proposed]

11   Order. In doing so, plaintiffs sought relief from this Court's initial April 20, 2007, Order Setting Initial

12   Case Management Conference pursuant to Civil Local Rule 16-2(d) in order to allow plaintiffs and

13   defendants in this proceeding full and fair opportunity to jointly comply with meet and confer, ADR,

14   initial disclosure and joint Case Management Statement filing requirements as the First Amended

15   Complaint had just been filed and no defendants named in the initial Complaint had been served yet.

16   See F.R.C.P. 26(a)(1), and (f); Civil L.R. 16-8, 16-9(a) and 16-10; and ADR L.R. 3-5;

17   WHEREAS, on July 10, 2007, this Court issued its Order Adopting [plaintiffs'] Proposed

18   Revised Case Management Schedule which provided for the following revised Case Management

19   Schedule:

| | | |
|---|---|---|
| 9/11/07 | Last day to meet & confer re initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f); ADR L.R. 3-5 |
| 9/11/07 | Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 9/26/07 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file / serve Case Management Statement, and file / serve Rule 26(f) Report | FRCivP 26(a)(1) Civil L.R. 16-9 |
| 10/04/07 | Initial Case Management Conference (CMC) in Ctrm. B, 15th Floor, SF 10:00 AM | Civil L.R. 16-10 |

Murillo, et al. v. Cervantes, et al. – (Case no. C07-02199 MEJ) - STIPULATION SEEKING RELIEF FROM CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER

- 2 -

1

2     WHEREAS, plaintiffs through their former attorney of record Housing and Economic Rights

3 Advocates (HERA) served JPMorgan Chase Bank, N.A. with Summons and First Amended Complaint

4 in this action on August 1, 2007;

5     WHEREAS, plaintiffs through their former attorney of record Housing and Economic Rights

6 Advocates (HERA) served New Century Mortgage Corp. with Summons and First Amended

7 Complaint in this action on August 1, 2007;

8     WHEREAS, plaintiffs both notified and instructed in writing as of August 2, 2007, Housing

9 and Economic Rights Advocates of their intention to substitute in shortly a new a counsel of record in

10 place of and instead of it in this action;

11     WHEREAS, New Century issued a letter dated August 14, 2007 to Housing and Economic

12 Rights Advocates confirming its receipt of plaintiffs' First Amended Complaint and informed plaintiffs

13 therein of its request that "all proceedings in connection with this matter [against it] be stayed" in light

14 of the Chapter 11 bankruptcy petitions filed by it on April 2, 2007.  See attached EXHIBIT B – August

15 14, 2007 New Century letter to Housing and Economic Rights Advocates.

16     WHEREAS, plaintiffs filed a Substitution of Attorneys with this Court on August 22, 2007

17 substituting attorneys Matthew J. Webb, Esq. and Heidi M. Li, Esq., of the Law Offices of Matthew

18 Webb, as their attorney of record effective as of August 6, 2007, in place of and instead of Housing

19 and Economic Rights Advocates, in this action;

20     WHEREAS the Substitution of Attorneys filed by plaintiffs on August 22, 2007 was submitted

21 only after Housing and Economic Rights Advocates' signature consenting to this substitution of

22 counsel was obtained on August 21, 2007;

23     WHEREAS, plaintiffs and Chase Home Finance ("Chase"), at the request of legal counsel

24 retained by Chase, filed on August 23, 2007, a Stipulation Regarding Amendment to Complaint and to

25 Extend Time to File Responsive Pleading  by Defendant Chase Home Finance LLC; [Proposed] Order;

26     WHEREAS, the basis for plaintiffs and Chase seeking to amend the complaint was to amend

27 plaintiffs' First Amended Complaint to name "Chase Home Finance LLC" as a defendant in this action

instead, and in place, of "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC" as "Chase

28

1  Home Finance LLC" ("Chase") is the correct name for this defendant in this action instead of

2  "JPMorgan Chase Bank, N.A. dba Chase Home Finance LLC;"

3       WHEREAS, the basis for plaintiffs and Chase stipulating to Chase having until and

4  including September 20, 2007, to file a responsive pleading to plaintiffs' Second Amended Complaint

   (including, but not limited to, a motion to dismiss pursuant to FRCP Rule 12) was and is that these

5  parties continue to be engaged in meaningful, early settlement negotiations regarding the plaintiffs'

6  claims against this defendant;

7       WHEREAS, on August 27, 2007, this Court issued an Order Approving the above-stated

8  requests contained in the August 23, 2007, Stipulation Regarding Amendment to Complaint and to

9  Extend Time to File Responsive Pleading by Defendant Chase Home Finance LLC;

        WHEREAS, on August 28, 2007, plaintiffs filed a Second Amended Complaint for damages

10 naming, among other defendants, "Chase Home Finance LLC" ("Chase") and all other defendants

11 named therein;"

12      WHEREAS, on August 28, 2007, plaintiffs served by first class mail the Summons and Second

13 Amended Complaint and other initial court papers issued in this proceeding on Chase through its

14 designated counsel, attorney Susan T. Kumagai of LAFAYETTE & KUMAGAI LLP;

15      WHEREAS, on August 31, 2007, plaintiffs, through process servers, effectuated personal

16 service of Summons and Second Amended Complaint and other initial court papers issued in this

   proceeding on the following defendants: Bobby Ray Lee, First Federal Mortgage Bankers, Inc. dba

17 Citywide Properties; Teresa Diaz, Wells Fargo Bank, N.A., and Ocwen Loan Servicing, LLC.

18      WHEREAS, since August 28, 2007, plaintiffs have engaged in diligent efforts to try to

19 effectuate personal service of Summons and Second Amended Complaint and other initial court

20 papers issued in this proceeding on the remaining named defendants in this matter: Francisco

21 Cervantes, Harold Blanco and Eagle Literacy Group, Inc.;

22      WHEREAS, as of the date of the filing of this Stipulation, no other defendants named in

23 plaintiffs' Second Amended Complaint have yet filed an initial responsive pleading nor, otherwise,

   appeared in this action except for Chase (by stipulation only);

24      WHEREAS, such relief from the current July 10, 2007, Order Adopting Proposed Case

25 Management Schedule is necessary in order to allow plaintiffs and all defendants in this proceeding

26 full and fair opportunity to jointly comply with meet and confer, ADR, initial disclosure and joint Case

27 Management Statement filing requirements; and

28

Murillo, et al. v. Cervantes, et al. – (Case no. C07-02199 MEJ) - STIPULATION SEEKING RELIEF FROM CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER

- 4 -

WHEREAS, Good cause exists to approve this Stipulation as no defendant party has filed an initial responsive pleading yet nor appeared in the action except for Chase (by stipulation only) and no prejudice will, as a consequence, result to any of the parties.   See F.R.C.P. 6(b); and Civil L.R. Rules 6-1(b), 6-2 and 7-12.

Respectfully Submitted,

Dated: Sept. 7, 2007                          THE LAW OFFICES OF MATTHEW J. WEBB

                                              **By:** ___/ S/_____
                                              HEIDI LI
                                              Attorneys for Plaintiffs

Dated: Sept. 7, 2007                          LAFAYETTE & KUMAGAI LLP

                                              **By:** ___/ S/ _____
                                              SUSAN T. KUMAGAI
                                              Attorneys for Defendant
                                              CHASE HOME FINANCE LLC

## SIGNATURE ATTESTATION

As the attorney efiling this document with the court, I hereby attest that I have on file all holograph signatures for any and all signatures indicated by a "conformed" signature (/S/) within this efiled document.

**DATED:** Sept. 7, 2007                      **LAFAYETTE & KUMAGAI LLP**

                                              **By:**_____/ S /_____
                                              SUSAN T. KUMAGAI
                                              Attorneys for Defendant
                                              CHASE HOME FINANCE LLC

1

**ORDER**

2

    The Court has reviewed the plaintiffs and defendant Chase's Stipulation Seeking Relief from

3

Case Management Schedule; proposed revised Case Management Schedule; [Proposed] Order and

4

based upon the foregoing, and GOOD CAUSE APPEARING,

5

    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the plaintiffs, Chase and

6

7

all other defendants named in plaintiff's Second Amended Complaint be granted relief from the court's

8

current Order Adopting Proposed Revised Case Management Schedule and the court shall issue a new

9

Order Adopting Proposed Revised Case Management Schedule in this proceeding as identified and

10

attached hereto in EXHIBIT A.

11

    IT IS SO ORDERED this <u>11th</u>                day of September, ~~2007~~.

12

13

14

_____

**Honorable Maria**

15

United States Distri

Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Murillo, et al. v. Cervantes, et al. – (Case no. C07-02199 MEJ)  – STIPULATION SEEKING RELIEF FROM CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER

- 6 -