IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN MURILLO, et al.,            No. C-072199 MEJ

        PlaintiffS,

  vs.

FRANCISCO CERVANTES, et al.,

        Defendants.
                                   /

**ORDER CONTINUING NOVEMBER 15, 2007 CASE MANAGEMENT CONFERENCE**

      The Court hereby continues hereby continues the case management conference originally scheduled for November 15, 2007 to January 10, 2008, at 10:00 a.m., in courtroom B., 450 Golden Gate Avenue, San Francisco, California.

      **IT IS SO ORDERED.**

Dated: November 14, 2007

                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge