# LAW OFFICES OF MATTHEW J. WEBB

409 13th Street • 17th Floor • Oakland, CA 94612 • phone (510) 444-4224 • fax (510) 444-4223

April 9, 2009

Magistrate Judge James Larson
c/o Clerk's Office – 16th Floor
450 Golden Gate Ave.
U.S. District Court., Northern Division
San Francisco, CA 94102

**IT IS SO ORDERED**
*/s/ James Larson*
Judge James Larson

Re: MURILLO, ET AL. v. CERVANTES, ET AL. – C07-02199 MEJ

Dear Honorable Judge Larson:

This serves to confirm in writing a request by all parties and their respective counsel to have the Settlement Conference hearing currently calendared for Wed., April 15, 2009 at 2pm be rescheduled to Tues., Aug. 11, 2009 at 10am subject to the Court's receipt by e-filing of this written request from one of the parties' counsel.

At this time, we respectfully request that the Settlement Conference hearing calendared before you for April 15, 2009 please be continued to August 11, 2009 at 10am as not all parties and their counsel will be available on April 15, 2009 to attend. At present, the August 11, 2009 10am date and time has been confirmed with your Clerk Denise Thomas as being available on your calendar.

Thank you for both your and your department's attention and responsiveness to this rescheduling request. Should you have any questions, please feel free to give me a call at 510-459-5574.

Very Truly Yours,

LAW OFFICES OF MATTHEW J. WEBB
By: Heidi Li, Esq.