UNITED STATES DISTRICT COURT

Northern District of California

JUAN MURILLO,

           Plaintiff(s),           No. C 07-02199 MEJ

  v.

FRANCISCO CERVANTES,        **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

           Defendant(s).

_____/

On August 11, 2009, the parties in the above-captioned matter participated in a settlement conference, at which time the case did not settle. The Court notes that the dispositive motion filing deadline was October 15, 2009, yet none of the parties filed a motion for summary judgment. Accordingly, the Court hereby ORDERS the parties to file a joint status report by November 3, 2009. In their report, the parties shall indicate whether any party would file a summary judgment motion if the Court were to extend the filing deadline.

**IT IS SO ORDERED.**

Dated: October 22, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge