# UNITED STATES DISTRICT COURT

## Northern District of California

JUAN MURILLO,

        Plaintiff(s),          No. C 07-02199 MEJ

  v.

FRANCISCO CERVANTES,      **SECOND ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

        Defendant(s).

_____/

On October 22, 2009, the Court ordered the parties to file a joint status report by November 3, 2009. (Dkt. #61.) However, the parties have failed to comply with the Court's order. Accordingly, the parties are ORDERED to file a joint status report by November 18, 2009. Failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: November 12, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge