# LAW OFFICES OF MATTHEW J. WEBB

409 13th Street · 17th Floor Oakland, CA 94612 · phone (510) 444-4224 · fax (510) 444-4223

November 19, 2009

*Submitted electronically and with courtesy chambers copy to follow*

Presiding Magistrate Judge Maria-Elena James
c/o Clerk's Office, 16th Floor
U.S. District Court., Northern Division
San Francisco, CA 94102

Re: MURILLO, ET AL. v. CERVANTES, ET AL. – C07-02199 MEJ

Dear Honorable Presiding Magistrate Judge James:

This serves to follow-up on my phone communications with your Deputy Clerk on Wednesday, November 18, 2009 to memorialize in writing a request by all the parties and their respective counsel in this proceeding to be granted additional time in which to file a Joint Status Conference Statement in response to Orders recently issued by the court in this proceeding.

Specifically, this serves to confirm in writing a request by all parties and their respective counsel to be granted additional time to submit via e-filing a Joint Status Conference Statement by the following date: Wednesday, November 25, 2009.

At this time, we respectfully make this request and in doing so will provide you with an update as to the status of this proceeding in the Joint Status Conference Statement to be filed shortly.

Thank you for your and the court's time, attention and anticipated responsiveness to this request. Should you have any questions, please feel free to contact me by phone at 510-459-5574.

Very Truly Yours,

/ S /
LAW OFFICES OF MATTHEW J. WEBB
By: Heidi Li, Esq.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Maria-Elena James]

## SIGNATURE ATTESTATION

As the attorney efiling this document with the court, I hereby attest that I have on file all holograph signature for any and all signature indicated by a "conformed" signature (/S/) within this efiled document.

**DATED:** November 19, 2009            **LAW OFFICES OF MATTHEW J. WEBB**


**By:**_____**/ S /**_____
**Heidi Li, Esq.**