Heidi Li, Esq., SBN 202068
Matthew J. Webb, SBN 148228
The Law Offices of Matthew J. Webb
409 – 13th Street, Tribune Tower, 17th Floor
Oakland, CA 94612
Telephone: (510) 444-4224
Facsimile: (510) 444-4223

Attorney for Plaintiffs
Juan Murillo, Maria Murillo, Martha Jimenez,
Amalia Rios and Maria Muñoz

B. Edward McCutchan, Jr., Esq. (State Bar No. 119376)
Michael Maloney, Esq. (State Bar No. 238751)
SUNDERLAND & McCUTCHAN, LLP
412 Aviation Boulevard, Suite D
Santa Rosa, CA  95403
Tel: (707) 284-5524 / Fax: (707) 284-5527

Attorney for Defendants
Francisco Cervantes, Teresa Diaz,
Bobby Ray Lee, RAM Capital Corporation
dba Citywide Properties

L. Jay Pedersen, Esq. (State Bar No. 127791)
Jeffrey Vi Ta, Esq. (State Bar No. 225188)
BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA LLP
601 California Street, 16th Floor
San Francisco, California 94608-2805
Tel:  (415) 981-5411 / Fax: (415) 981-0352

Attorney for Defendant
First Federal Mortgage Bankers, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MURILLO aka JUAN MANUEL MURILLO; MARIA MURILLO aka MARIA JUDITH MURILLO; MARTHA JIMENEZ; AMALIA RIOS aka AMALIA GALVAN RIOS; and MARIA MUÑOZ,<br><br>Plaintiffs,<br><br>vs. | Case No:   C07-02199 MEJ<br><br>**ALL PLAINTIFFS AND DEFENDANTS FIRST FEDERAL MORTGAGE BANKERS, INC., RAM CAPITAL CORP. dba CITYWIDE PROPERTIES, BOBBY RAY LEE, FRANCISCO CERVANTES, TERESA DIAZ'S JOINT STATUS REPORT** |

|  |  |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | FRANCISCO CERVANTES; TERESA DIAZ; BOBBY RAY LEE; FIRST FEDERAL MORTGAGE BANKERS, INC. dba CITYWIDE PROPERTIES dba CITYWIDE HOME LOANS dba RAM CAPITAL CORP.; HAROLD BLANCO; EAGLE LITERACY GROUP, INC.; NEW CENTURY MORTGAGE CORP.; WELLS FARGO BANK, NA.; CHASE HOME FINANCE, LLC, OCWEN LOAN SERVICING, LLC and DOES 1-100,<br><br>                    Defendants. |

TO: Honorable Maria Elena James
     Chief Magistrate Judge

## JOINT STATUS REPORT

In response to the Court's prior orders issued on October 22, 2009 and November 12, 2009, the signatories below, who are parties to the above-entitled action, submit this Joint Status Report responding to the court's request to clarify whether any of the parties would file a summary judgment motion if the Court were to extend the filing deadline.

The parties to this action and their attorneys of record who are the signatories below are specifically:

Plaintiffs Juan Murillo, Maria Murillo, Martha Jimenez, Amalia Rios and Maria Muñoz ("Plaintiffs") as represented by attorney Heidi M. Li and Matthew J. Webb of The Law Offices of Matthew J. Webb; and defendants Bobby Ray Lee, RAM Capital Corporation dba Citywide Properties, Francisco Cervantes, and Teresa Diaz as represented by attorneys B. Edward McCutchan, Jr. and Scott R. Comerford of Sunderland & McCutchan, LLP and defendant First Federal Mortgage Bankers, Inc. dba Citywide Home Loans as represented by attorneys L. Jay Pedersen and Jeffry Vi Ta of Bledsoe, Cathcart, et al., LLP. Collectively, the foregoing parties are referred to herein-below as "The Parties."

The Parties respond in this report as follows: in August 2009, they appeared for an initial settlement conference hearing in front of Magistrate Judge Larson. Since then, additional good faith settlement communication has taken place between plaintiff's counsel and the lead defense counsel in this proceeding. The parties are currently attempting to seriously evaluate whether they can achieve shortly or not a mutually agreeable settlement and resolution of the plaintiffs' claims against all the remaining named defendants who have appeared in this action without incurring, at this stage of

**Murillo, et al. v. Cervantes, et al.** – **(Case no. C07-02199 MEJ)** - **PARTIES' JOINT STATUS REPORT**
- 2 -

litigation, further significant additional expenditure of legal fees and costs by all the parties.

In the event that such a settlement cannot be achieved by early – mid January of 2010, the parties through their respective counsel will seek then to engage further in additional discovery activity as may be needed or appropriate with an eye toward bringing this matter to trial by the summer of 2010.  Depending on how settlement efforts proceed forward shortly, the parties may seek to file by early January 2010, a Stipulation Seeking Relief from the last Amended Case Management Order issued by this court in April of 2009 and submit an accompanying [Proposed] Amended Case Management Order requesting that the Court adopt revised timelines for GOOD CAUSE as per the reasons to be stated then by the parties including reasons which are stated as per herein.

### Statement of Plaintiffs Counsel:

Plaintiffs, regardless of any further discovery to be performed in this proceeding by the parties, would seek prior to trial to file a summary judgment motion based, in particular, on grounds including but not necessarily limited to the following: plaintiffs are entitled to seek appropriate relief provided for under Cal. Civil Code Section 1632 against the named broker defendants in this proceeding based on said defendants' per se violation of this Act.

### Statement of Defense Counsel(s):

Defendants, as of this date, are undecided as to whether any or all of them would seek to file a summary judgment motion.

### Conclusion:

The Parties will submit a follow-up Joint Status Report and an accompanying Stipulation and [Proposed] Amended Case Management Order on or before January 15, 2010 subject to the court's court ordered approval of this Joint Status Report.

/ /

/ /

                                                        Respectfully Submitted,

Dated:  November 25, 2009         THE LAW OFFICES OF MATTHEW J. WEBB

                                                       */ S /*
                                                         Heidi Li
                                                         Attorneys for all Plaintiffs

Dated: November 25, 2009             SUNDERLAND & McCUTCHAN

_____
B. Edward McCutchan, Jr., Esq.
Attorneys for Defendants: BOBBY RAY LEE;
RAM CAPITAL CORP. dba CITYWIDE PROPERTIES,
FRANCISCO CERVANTES and TERESA DIAZ

Dated: November 25, 2009             BLEDSOE, CATHCART, ET AL., TREPPA LLP

_____
L. Jay Pedersen, Esq
Attorneys for Defendant
BOBBY RAY LEE; and FIRST FEDERAL
MORTGAGE BANKERS, INC. dba CITYWIDE HOME
LOANS

The parties shall file an updated joint status report by January 15, 2010.  If desired, the parties may request a referral for a further settlement conference before Magistrate Judge Larson.

Dated: December 2, 2009

*IT IS SO ORDERED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SIGNATURE ATTESTATION

As the attorney efiling this document with the court, I hereby attest that I have on file all holograph signatures for any and all signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: November 25, 2009            THE LAW OFFICES OF MATTHEW J. WEBB

                                    By:_____
                                              / S /

                                    Heidi Li
                                    Attorneys for Plaintiffs