# UNITED STATES DISTRICT COURT

## Northern District of California

JUAN MURILLO,

        Plaintiff(s),

  v.

FRANCISCO CERVANTES,

        Defendant(s).

_____/

No. C 07-02199 MEJ

**ORDER RE: CASE STATUS**

On December 2, 2009, the Court ordered the parties to file a joint status report, including any request for a referral to Magistrate Judge Larson for a settlement conference, by January 15, 2010. As no report has been filed, the Court hereby ORDERS the parties to file the report by January 27, 2010.

**IT IS SO ORDERED.**

Dated: January 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge