IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MURILLO, et al., | No. C 07-2199 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING PRETRIAL AND TRIAL DATES** |
| FRANCISCO CERVANTES, et al., | |
| Defendant(s). | |

As the pretrial and trial deadlines are approaching in this case, and another matter is scheduled for trial at the same time as this one, the Court hereby VACATES all pretrial and trial deadlines and hearings. If necessary after receipt of the parties' next joint status report, the Court shall schedule a case management conference for purposes of scheduling a trial and other case management deadlines.

**IT IS SO ORDERED.**

Dated: January 22, 2010

MARIA-ELENA JAMES
United States Magistrate Judge