UNITED STATES DISTRICT COURT

Northern District of California

JUAN MURILLO

                Plaintiff(s),           No. C 07-02199 MEJ

  v.

FRANCISCO CERVANTES

                Defendant(s).
_____/

**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On February 16, 2010, the parties electronically filed a status report and proposed order. (Dkt. ##72, 73.) However, the parties have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. The parties are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

    **IT IS SO ORDERED.**

Dated: February 19, 2010

                                                Maria-Elena James
                                                Chief United States Magistrate Judge