UNITED STATES DISTRICT COURT

Northern District of California

JUAN MURILLO,

                Plaintiff(s),         No. C 07-2199 MEJ

  v.

FRANCISCO CERVANTES,       **ORDER RE DISPOSITIVE MOTION DEADLINES**

                Defendant(s).
_____/

On February 24, 2010, the Court granted the parties stipulation to continue case management deadlines. (Dkt. #75.) In the Order, the Court scheduled a hearing on any dispositive motions to take place on October 7, 2010. Although the parties stipulated that any reply briefs would be filed by September 29, 2010, this does not comply with Civil Local Rule 7. Accordingly, the deadline for filing any reply is September 21, 2010.

**IT IS SO ORDERED.**

Dated: July 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge