UNITED STATES DISTRICT COURT

Northern District of California

JUAN MURILLO, et al.,

                Plaintiffs,               No. C 07-2199 MEJ

  v.

FRANCISCO CERVANTES, et al.,        **ORDER VACATING HEARING RE: DISPOSITIVE MOTIONS**

                Defendants.

_____/

On February 24, 2010, the Court granted the parties' stipulated request to continue the case management deadlines in this case. (Dkt. #75.) Pursuant to the February 24 Order, the deadline to file any dispositive motions was August 23, 2010, with a hearing scheduled on October 7, 2010. As neither party filed such a motion, the Court hereby VACATES the October 7, 2010 hearing.

**IT IS SO ORDERED.**

Dated: September 28, 2010

                                                         _____
                                                         Maria-Elena James
                                                        Chief United States Magistrate Judge