UNITED STATES DISTRICT COURT

Northern District of California

JUAN MURILLO, et al.,

              Plaintiffs,
  v.

FRANCISCO CERVANTES, et al.,

              Defendants.
_____/

No. C 07-2199 MEJ

**SECOND ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

On September 17, 2010, the Court ordered the parties to file a joint status report by October 7, 2010. (Dkt. #78.) The parties failed to comply with this Order. Accordingly, the Court hereby ORDERS the parties to file the joint status report by November 2, 2010. All pretrial and trial deadlines are hereby VACATED.

Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: October 22, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge