UNITED STATES DISTRICT COURT

Northern District of California

JUAN MURILLO, et al.,

                Plaintiffs,
  v.

FRANCISCO CERVANTES, et al.,

                Defendants.
_____/

No. C 07-2199 MEJ

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

On November 9, 2010, the parties filed a joint status report. (Dkt. #81.) Based upon review of the report, the Court hereby ORDERS the parties to appear for a case management conference on February 10, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management conference statement by February 3, 2011.

    **IT IS SO ORDERED.**

Dated: November 10, 2010

                                              _____
                                              Maria-Elena James
                                              Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California