UNITED STATES DISTRICT COURT

Northern District of California

JUAN MURILLO, et al.,

                Plaintiffs,
  v.

FRANCISCO CERVANTES, et al.,

                Defendants.
_____/

No. C 07-2199 MEJ

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

On November 10, 2010, the Court ordered the parties to appear for a case management conference on February 10, 2011 at 10:00 a.m., and to file a joint case management conference statement by February 3, 2011. As no statement has been filed, the Court CONTINUES the c.m.c. to February 24, 2011 at 10:00 a.m. in Courtroom B. Failure to file a joint case management statement by February 17, 2011 may result in the imposition of sanctions.

      **IT IS SO ORDERED.**

Dated: February 4, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge