1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

## UNITED STATES  DISTRICT COURT

### Northern District of California

JUAN MURILLO, et al.,

                Plaintiffs,

    v.

FRANCISCO CERVANTES, et al.,

                Defendants.

_____/

No. C 07-2199 MEJ

**ORDER RE: STIPULATED**
**PROTECTIVE ORDER DRAFTS**

On February 4, 2011, the parties submitted two versions of a proposed stipulated protective order.  (Dkt #29.)  Although it's clear that one version is preferred by Plaintiffs and one is preferred by Defendants, neither side presented any justification for their preferences.  Accordingly, within one week from the date of this Order, the parties shall file a joint letter addressing the differences. The letter shall be formatted so that each disputed section is addressed separately with a heading and both parties' positions as to the individual section.

    **IT IS SO ORDERED.**

Dated: February 4, 2011

                              _____
                              Maria-Elena James
                              Chief United States Magistrate Judge