# SUNDERLAND | MCCUTCHAN, LLP

SAN DIEGO                                                                                                                                       SANTA ROSA

412 AVIATION BOULEVARD, SUITE D
SANTA ROSA, CALIFORNIA 95403
PHONE: (707) 284-5524
FAX: (707) 284-5527

February 28, 2011

**IT IS SO ORDERED**
*Judge James Larson*

**Via e-filing and U.S. Mail**

Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: <u>Murillo, et al. v. Cervantes, et al.</u>
Northern District of California Court Case No.: 3:07-CV-02199-MEJ
Our Clients: Francisco Cervantes, Teresa Diaz, Bobby Ray Lee
Settlement Conference – March 31, 2011 at 2:00 p.m.

Dear Judge Larson:

Our office represents the following defendants in the above-entitled matter: Francisco Cervantes, Teresa Diaz and Bobby Ray Lee.

The claims representatives handling this matter are based in San Diego, California and New York City. As such, we are requesting permission for them to appear telephonically at the Settlement Conference set for Thursday, March 31, 2011 at 2:00 p.m.

Please advise whether this is acceptable to you. Thank you.

Very truly yours,

**Sunderland | McCutchan, LLP**

*[signature]*
Michael D. Maloney

MDM/kmd

cc: Heidi Li, Esq. (Via Facsimile – 510-444-4223)
L. Jay Pedersen, Esq. (Via Facsimile – 415-981-0352)
Greg Johnson (Claim No.: RE-10-07-000021)
Mark Silverstein (Claim No.: 865-000301)