UNITED STATES DISTRICT COURT

Northern District of California

JUAN MURILLO, et al.,

                Plaintiffs,

  v.

FRANCISCO CERVANTES, et al.,

                Defendants.

_____/

No. C 07-2199 MEJ

**ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

This matter is currently scheduled for trial on December 12, 2011. However, Defendants recently filed a Notice of Stay of Proceedings as to Defendant Francisco Cervantes. Further, neither party filed a motion for summary judgment by the July 7, 2011 deadline. Accordingly, the Court ORDERS the parties to file a joint status report by August 4, 2011. The report shall address how the parties wish to proceed with this case now that it has been stayed as to one defendant, as well as any potential scheduling issues.

    **IT IS SO ORDERED.**

Dated: July 15, 2011

                                                _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge