IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MURILLO, et al., | No. C-07-02199 MEJ (NC) |
| Plaintiffs, | **ORDER VACATING SETTLEMENT CONFERENCE** |
| v. | |
| FRANCISCO CERVANTES, et al | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

In consideration of the Stay of Proceedings as to defendant Francisco Cervantes (docket entry 103) and Magistrate Judge James' Order for a Status Report from the parties, the Further Settlement Conference scheduled for August 2, 2011 is hereby POSTPONED and will re-noticed for a further date. The defendants' request to appear telephonically on August 2, 2011 (docket entry 106) is denied as moot.

**IT IS SO ORDERED.**

Dated: July 26, 2011

NATHANAEL COUSINS
United States Magistrate Judge