# UNITED STATES DISTRICT COURT

## Northern District of California

JUAN MURILLO, et al.,

        Plaintiffs,

  v.

FRANCISCO CERVANTES, et al.,

        Defendants.

_____/

No. C 07-2199 MEJ

**ORDER RE: STATUS**

Based on the parties' August 4, 2011 Joint Status Report, the Court ORDERS as follows:

1) This matter shall be set for a settlement conference as soon as may be practicable in front of Magistrate Judge Cousins; and

2) If the parties are unable to settle, they shall within two weeks thereafter file a joint status report and stipulation to amend case management deadlines as necessary.

**IT IS SO ORDERED.**

Dated: August 8, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge