# SUNDERLAND | MCCUTCHAN, LLP

SAN DIEGO                                             SANTA ROSA

412 AVIATION BOULEVARD, SUITE D
SANTA ROSA, CALIFORNIA 95403
PHONE: (707) 284-5524
FAX: (707) 284-5527

August 10, 2011

Magistrate Judge Nathanael Cousins
United States District Court
Northern District of California
Courtroom A
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:      <u>Murillo, et al. v. Cervantes, et al.</u>
         Northern District of California Court Case No. 3:07-CV-02199-MEJ
         Our Clients: Francisco Cervantes, Teresa Diaz, Bobby Ray Lee
         *Settlement Conference Date: September 22, 2011 at 9:30 a.m. in Courtroom A*

Dear Judge Cousins:

This office represents defendants, Francisco Cervantes, Teresa Diaz and Bobby Ray Lee in the above-entitled matter.

The claims representatives handling this matter are based in San Diego, California and New York State. As such, we requesting permission for them to appear telephonically at the Settlement Conference scheduled for Thursday, September 22, 2011.

Please advise whether this is acceptable to you. Thank you.

Very truly yours,

**Sunderland | McCutchan, LLP**

Michael D. Maloney

MDM/kmd
cc:     Greg Johnson (Claim No.: RE-10-07-000021)
         Mark Silverstein (Claim Number: 865-000301)
         Heidi Li, Esq.
         L. Jay Pedersen, Esq.

This request is GRANTED. Counsel shall appear in person. All other provisions of this Court's Settlement Conference order remain in effect.

August 10, 2011



GRANTED
Judge Nathanael M. Cousins