# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUAN MURILLO, MARIA MURILLO, MARTHA JIMENEZ, AMALIA RIOS, MARIA MUNOZ, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCISCO CERVANTES, TERESA DIAZ, BOBBY RAY LEE, FIRST FEDERAL MORTGAGE BANKERS, INC., HAROLD BLANCO, EAGLE LITERACY GROUP, INC., NEW CENTURY MORTGAGE CORP., WELLS FARGO BANK, N.A., <br><br> Defendants. | Case Number 3:07-CV-02199 MEJ (NC) <br><br> **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** <br><br> Re: Docket No. 114 |

Defendants Francisco Cervantes, Teresa Diaz, and Bobby Ray Lee request that the Court allow the claims representatives handling this matter to appear telephonically at the settlement conference scheduled for October 4, 2011. *See* Dkt. No. 114. The Court grants Defendants' request.

IT IS SO ORDERED.

DATED: September 6, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge