UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MURILLO
        Plaintiff(s),                               No. 07-02199 MEJ

  v.                                           **CONDITIONAL ORDER OF DISMISSAL**

FRANCISCO CERVANTES
        Defendant(s).
_____/

    The Court having been advised that the parties agreed to a settlement of this case, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this Court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The Clerk of Court shall close the file.

    **IT IS SO ORDERED.**

Dated: December 1, 2011

                                                _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge

Dismby.Ct                               1